FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR 20 AM 10: 14
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COREY LEE HOLTON, )
)
Plaintiff, )
)
v. ) CASE NO. CV417-199
)
NANCY BERRYHILL, Acting )
Commissioner of the Social )
Security Administration, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Pursuant to 42 U.S.C. § 405(g), this case is **REMANDED** to the Administrative Law Judge ("ALJ"). On remand, the ALJ is **DIRECTED** to evaluate and address all full-scale IQ scores under 59 that are contained in the record in consideration of whether Plaintiff meets or medically equals Listing 12.05B. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

SO ORDERED this 19th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA